IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCOS MAZZINI,

    Petitioner,

v.                                           No. CV 16-1245 MV/CG
                                                           CR 95-0538 MV

UNITED STATES OF AMERICA,

    Respondent.

### ORDER TO RESPOND TO PETITIONER'S MOTION TO WITHDRAW APPEAL

**THIS MATTER** is before the Court upon Petitioner Marcos Mazzini's *Motion to Withdraw Appeal*, (CV Doc. 9, CR Doc. 2624), filed June 12, 2017. In his motion, Petitioner asks the Court to allow him to withdraw his appeal it its entirety. The Court will direct Respondent to file a response to Petitioner's motion.

**IT IS THEREFORE ORDERED** that Respondent shall respond and state its position to Petitioner's *Motion to Withdraw Appeal*, (CV Doc. 9, CR Doc. 2624), on or before **June 28, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE